**Opinion filed November 8, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00236-CV

_____

## KATHYRN DRAKE, Appellant

## V.

## ANSON PARK, Appellee

**On Appeal from the County Court at Law**

**Tayor County, Texas**

**Trial Court Cause No. 22,109**

### M E M O R A N D U M   O P I N I O N

Kathyrn Drake, who is not represented by counsel, initiated an appeal from a judgment evicting her from an apartment. Drake has not been in contact with this court since the appeal was filed, has not provided this court with an accurate mailing address, and has not complied with our directive to file an amended notice of appeal. We dismiss the appeal.

By letters dated August 14, 2012, and September 14, 2012, this court attempted to notify Drake that her notice of appeal did not comply with TEX. R. APP. P. 25.1. In the first letter, we requested that Drake file a proper notice of appeal. In the second letter, we requested that Drake respond to our letter by showing grounds to continue the appeal and warned Drake that the

appeal could be dismissed absent such a response. We sent the September 14 letter by certified mail to the address that Drake supplied to this court, but the letter was returned to this court unclaimed with a notation that the post office was unable to forward. Unrepresented parties to an appeal are required by the Texas Rules of Appellate Procedure to provide the appellate court with a mailing address. TEX. R. APP. P. 9.1(b), 32.1(a)(2). Because Drake has not complied with the directive of this court regarding her notice of appeal and has not provided this court with an accurate mailing address, we dismiss this appeal. *See* TEX. R. APP. P. 42.3.

The appeal is dismissed.

PER CURIAM

November 8, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Gray, C.J., 10th Court of Appeals.[1]

---

[1]Tom Gray, Chief Justice, Court of Appeals, 10th District of Texas at Waco, sitting by assignment to the 11th Court of Appeals.